UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

                                               :

UNITED STATES OF AMERICA                         **UNSEALING ORDER**

                                               :

    - v. –                                      20 Cr. 677 (AT)

                                             :

CHOLO ABDI ABDULLAH,

                     Defendant.                     :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

        Upon the application of the United States of America, by and through Assistant United States Attorneys David W. Denton, Jr., Sidhardha Kamaraju, and Elinor Tarlow, it is hereby ORDERED that Indictment 20 Cr. 677 (AT) be and hereby is unsealed.

SO ORDERED.

Dated: New York, New York
      December 16, 2020

                                       _____
                                       HONORABLE ROBERT W. LEHRBURGER
                                       UNITED STATES MAGISTARTE JUDGE