**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 4, 2021

**BY ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

**Re: *United States v. Cholo Abdi Abdullah*, 20 Cr. 677 (AT)**

Dear Judge Torres:

The Government respectfully submits two protective orders for the Court's consideration. The first proposed protective order pertains to the Government's anticipated production of unclassified discovery pursuant to Federal Rule of Criminal Procedure 16. The second proposed protective order concerns the Government's anticipated production of certain classified information to the defendant pursuant to Section 3 of the Classified Information Procedures Act ("CIPA"). The defendant has consented to the entry of both proposed orders.

When a criminal prosecution implicates classified information, CIPA permits the Government to, among other things, produce that information to the defendant in classified discovery under a protective order pursuant to Section 3 of the statute, *see* 18 U.S.C. App. 3 § 3 ("[u]pon motion of the United States, the court shall issue an order to protect against the disclosure of any classified information disclosed by the United States to any defendant in any criminal case"), or to move *ex parte* to withhold or produce a substitute of that information pursuant to Section 4 of the statute, *see id.* § 4 ("[t]he court, upon a sufficient showing, may authorize the United States to delete specified items of classified information from documents to be made available to the defendant through discovery . . . , to substitute a summary of the information for such classified documents, or to substitute a statement admitting relevant facts that the classified information would tend to prove"). If the Government produces classified information to the defense, then the defense is obligated under Section 5 of CIPA to give notice to the Government and the Court of any classified information the defense wishes to introduce at a hearing or trial. *See id*. § 5 ("If a defendant reasonably expects to disclose or to cause the disclosure of classified information in any manner in connection with any trial or pretrial proceeding involving the criminal prosecution of such defendant, the defendant shall, within the time specified by the court or, where no time is specified, within thirty days prior to trial, notify the attorney for the United States and the court in writing."). The Government is then entitled under CIPA Section 6 to a hearing regarding the relevance and admissibility of the classified information. *See id*. § 6(a)

(requiring a hearing upon the Government's motion at which the Court should "make all determinations concerning the use, relevance, or admissibility of classified information that would otherwise be made during the trial or pretrial proceeding"). If the Court ultimately determines that the information should be admitted, then Section 6 further allows the Government to propose that the information be introduced in a substituted or summarized form. *See id*. § 6(c) (allowing Government to file a motion to substitute or summarize classified information for use as evidence, which the Court should grant "if [the Court] finds that the statement or summary will provide the defendant with substantially the same ability to make his defense as would disclosure of the specific classified information").

In this case, the Government intends to produce certain classified information to defense counsel, who already possess the requisite security clearances. The Government also expects to move to withhold other classified information pursuant to CIPA Section 4. The Government has been in communication with the Classified Information Security Officer regarding its anticipated classified discovery and classified litigation in this case.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney for the
Southern District of New York

By: __________/s/________________
David W. Denton, Jr.
Sidhardha Kamaraju
Elinor Tarlow
Assistant United States Attorneys
(212) 637- 2744/6523/1036

Cc: Defense Counsel (by ECF)